# Order

Michigan Supreme Court
Lansing, Michigan

July 18, 2005

Clifford W. Taylor
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Justices

Rehearing No. 520

1 November 2004

121361

SHARDA GARG,
     Plaintiff-Appellee/
     Cross-Appellant,

v

MACOMB COUNTY COMMUNITY
MENTAL HEALTH,
     Defendant-Appellant/
     Cross-Appellee,

and

LIFE CONSULTATION CENTER,
     Defendant.

SC    121361
CoA  223829
Macomb CC: 95-003319-CK

On order of the Court, the motion for rehearing is considered and, in lieu of granting rehearing, the opinion of the Court is amended by striking footnote 14 and renumbering the remaining footnotes.

Cavanagh, Weaver and Kelly, JJ., would grant rehearing.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18 , 200 5

Clerk